FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0492

_____

ROBERT SAYERS,

     Plaintiff and Appellant,

v.

CHOUTEAU COUNTY,

     Defendant and Appellee.

O R D E R

_____

     Appellant has filed an unopposed motion for leave to supplemental the record with a corrected transcript.  The parties have stipulated to the correctness and the corrected transcript was attached to the motion.  Therefore,

     IT IS HEREBY ORDERED that the attached transcript may be filed with the Clerk of this Court and accepted as part of the record on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 25 2024